JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DMP MOUNTAIN AVE., LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-01751-MWF-MRW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and DMP Mountain Ave., LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 15, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge